UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-10033-DPG

DISTRIBUTION INTELLIGENCE
SYSTEMS, LLC,

    Plaintiff,

vs.

CONMED CORPORATION,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant CONMED Corporation ("**CONMED**"), hereby files this unopposed motion for an extension of time to file a response to the Complaint, and in support thereof, states as follows:

1. On May 15, 2023, Plaintiff filed the Complaint in this action (the "**Complaint**").

2. The Complaint was served on July 18, 2023, and the current deadline for CONMED to respond to the Complaint is August 8, 2023 (the "**Response Deadline**").

3. Undersigned counsel was recently engaged to work on this matter and requires additional time to investigate the claims in the Complaint and prepare a response. CONMED respectfully seeks a thirty (30) day extension of the Response Deadline.

4. This Motion is made in good faith and not for purposes of delay. Moreover, a brief enlargement of time will not prejudice any of the parties to this case and Plaintiff does not oppose this motion.

5. A copy of the proposed order is attached hereto as **Exhibit A**.

1

**WHEREFORE**, Defendant CONMED Corporation respectfully requests that this Court enter an order granting it an extension of time, up to and including September 7, 2023, to respond to the Complaint.

## LOCAL RULE 7.1(A)(3) CERTIFICATE

The undersigned certifies that defense counsel has conferred with all parties affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Plaintiff's counsel has advised that it does not oppose the relief sought in this Motion.

Dated: August 2, 2023                    Respectfully Submitted

By: /s/ *Janelly Crespo*
Janelly Crespo, Esq. (FBN 124073)
Email: janelly.crespo@dlapiper.com
**DLA PIPER LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5341
Tel. (305) 423-8502
Fax. (305) 503-9583

*Attorney for CONMED Corporation*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 2, 2023, a true and correct copy of this document was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system, which will send notification of such filing to counsel of record.

Janelly Crespo
Janelly Crespo, Esq.
