# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC, | |
| Plaintiff, | Case No. 4:23-cv-10033 |
| vs. | PATENT CASE |
| CONMED CORPORATION, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Distribution Intelligence Systems, LLC hereby dismisses this action, the opposing party not having served either an answer or a motion for summary judgment.

Dated: August 28, 2023             Respectfully submitted,

/s/ Barbra A. Stern
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com
**ATTORNEY(S) FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Janelly Crespo, janelly.crespo@dlapiper.com, counsel for Defendant, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/Barbra A. Stern
      Attorney